# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *   *
SECURIFORCE INTERNATIONAL        *
AMERICA, LLC,                    *
                                 *
              Plaintiff,         *
         v.                      *     No. 12-759C
                                 *     Filed: April 13, 2018
UNITED STATES,                   *
                                 *
              Defendant.         *
                                 *
* * * * * * * * * * * * * * *   *
```

## O R D E R

      On July 12, 2016, the court issued a decision in the above captioned case, and on July 13, 2016, the Clerk of the Court entered judgment. Subsequently, the parties appealed the court's decision to the United States Court of Appeals for the Federal Circuit. On January 17, 2018, the Federal Circuit issued a decision and concluded: "We affirm the Claims Court's determinations except its determination that it had jurisdiction to adjudicate an affirmative, declaratory claim with respect to the termination for convenience; on that one issue, we vacate the judgment of the Claims Court and remand with directions to dismiss." Thereafter, plaintiff filed a petition for rehearing en banc. On April 4, 2018, the Federal Circuit denied plaintiff's motion, and, on April 11, 2018, the Federal Circuit issued its mandate. Consistent with the Federal Circuit's decision, this court **DISMISSES** plaintiff's affirmative, declaratory judgment claim regarding the termination for convenience. With respect to the trial court's finding that "[t]he government acted within its authority in issuing the termination for cause," which the appellate court affirmed, the Clerk of the Court shall enter **JUDGMENT** in the above-captioned case consistent with this Order and the original Order for judgment of the trial court.

      **IT IS SO ORDERED**.

                                                                                          s/Marian Blank Horn
                                                                                    **MARIAN BLANK HORN**
                                                                                           **Judge**